IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

    v.                                                  :   CRIMINAL NO. CCB-97-365

JESUS HALL, 32938-037              :
a/k/a/ "Weedy" and "Jesse Hail"
                                                           :
ooo0ooo

**O R D E R**

In accordance with the foregoing Memorandum, IT IS this  22nd  day of March, 2007, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Motion for Summary Judgment (Paper No. 525) IS DENIED;

2. The Rule 60(b) Motion (Paper No. 526) IS DENIED; and

3. The Clerk SHALL MAIL a copy of this order and the foregoing memorandum to Defendant.

                                                                  _____/s/_____
                                                                  Catherine C. Blake
                                                                  United States District Judge