Dear Clerk of Courts, 2-10-08

Could you please withdraw my most recent motion (Correction of Sentence) and let this one be docketed in its place or re-docketed? However the courts decide to handle it I perfer Judge Blake to hear this motion "only". I hope this will not be a burden to you. Thanks for your time and assistance in this matter.

Respectfully Submitted
Jesus Hall

P.S.
Could a copy please be forwarded to the (AUSA) in this matter??

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FEB 19 2008

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY