Exhibit - A

**'Big fish' drug lord gets 30 years in prison**

A man described by the U.S. government as one of the world's biggest drug lords — Manuel Felipe Salazar-Espinosa — was sentenced to 30 years in prison for directing an organization that shipped tons of cocaine into the USA. Calling Salazar-Espinosa "a very big fish," federal Judge Lewis Kaplan in New York said the defendant caused tons of cocaine to enter the USA and laundered tens or even hundreds of millions of dollars in drug proceeds. He was ordered to forfeit $50 million.

Kaplan said Salazar-Espinosa, 58, could have faced life in prison, but U.S. prosecutors honored Colombia's request not to seek the maximum sentence.

feb 6th 2008 (USA Today)