**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SHERRI KEENE
STAFF ATTORNEY

**Via Hand-Delivery**

March 13, 2008

Honorable Catherine C. Blake
District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 7D
Baltimore, Maryland 21201

    Re:    *United States v. Jesus Hall*
            Case No.: CCB 97-365

Dear Judge Blake:

    Pending before the Court is a pro se motion seeking a reduction in sentence under 18 U.S.C. § 3582. The U.S. Probation Office has determined that Mr. Hall is not eligible to seek a reduction in sentence. Mr. Hall originally had a base offense level of 47, and Mr. Hall's sentencing range was limited to a Life sentence. Probation has indicated that even under the new calculations, Mr. Hall's sentencing range remains limited to Life. It appears that the reduced sentencing range applicable under Amendment 706 would not effect Mr. Hall's sentence

    Please contact me if I can be of further assistance.

                            Very truly yours,

                            Sherri Keene
                            Staff Attorney

cc:    Estelle Santana
        Barbara S. Sale, AUSA
        Jesus Hall, #32938-037