**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*
*United States Attorney*

*Jamie M. Bennett*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4838*
*FAX 410-962-2310*
*Jamie.Bennett@usdoj.gov*

April 18, 2008

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: United States v. Jesus Hall
        Criminal No. CCB-97-0365

Dear Judge Blake:

    I am writing in response to the Court's March 24, 2008 letter regarding Jesus Hall. Although I have devoted considerable thought to the matter, I have absolutely no recollection of Mr. Hall being involved in any way in the case against Mr. Burrell and Mr. Addison that he references in his letter. I know he was not a cooperating witness. I do not recall that a letter either written by or addressed to him was used in that trial, as he implies. There is nothing in the file I have in my office that sheds any light on this issue. The trial of Mr. Burrell and Mr. Addison took place in early 2000. It is difficult for me to understand completely how Mr. Hall's rumored involvement in that case could become a pressing matter now, after the passage of nearly eight years.

    I wish I could be more helpful. I would be happy to issue a memorandum asking the U.S. Marshal Service to separate Mr. Hall

from Andre Addison and Darrell Burrell, if that would mitigate the situation.

                    Very Truly Yours

                    Rod J. Rosenstein
                    United States Attorney

              By: _____
                    Jamie M. Bennett

cc: Jesus Hall