IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Nos. CCB-97-0365 |
| JESUS HALL | * | |

\* \* \* \* \* \*

ORDER

Upon review of the status report filed by the Office of the Federal Public Defender regarding the defendant's eligibility to seek a reduction in sentence under 18 U.S.C. § 3582 based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, it is this 16 day of May, 2008, ordered by the United States District Court for the District of Maryland that:

The Office of the Federal Public Defender for the District of Maryland shall file an updated status report regarding the defendant's eligibility to obtain relief under § 3582 and Amendment 706 within 60 days.

_____
CATHERINE C. BLAKE
United States District Judge